## Commonwealth *v.* Green, Appellant.

*J. Bruce McKissock*, with him *Duane, Morris & Heckscher*, for appellant; *Mark Zecca*, Assistant District Attorney, with him *Deborah E. Glass* and *Steven H. Goldblatt*, Assistant District Attorneys, *Abraham J. Gafni*, Deputy District Attorney, and *F. Emmett Fitzpatrick*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Hairston, Appellant.

Argued March 8, 1976. *Philip D. Freedman*, Assistant Public Defender, for appellant; *Marion E. MacIntyre*, Deputy District Attorney, with her *LeRoy S. Zimmerman*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.